# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8007 | **DATE** | 5/9/2012 |
| **CASE TITLE** | Fox Valley Construction Workers Fringe Benefit Funds, et al. Vs. Brandonisio Construction Corporation | | |

**DOCKET ENTRY TEXT**

Status hearing held. The instant action is hereby ordered dismissed pursuant to the Consent Decree. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | maw |
|---|---|---|